[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 28, 2003
THOMAS  K. KAHN
CLERK

No. 02-14023

D. C. Docket No. 96-00973 CV-T-N

EDWARD L. HALL, Dr., on his own behalf
and on behalf of all other persons similarly situated,

Plaintiff-Appellant,

CORDELIA B. MOFFETT, Dr., on her own behalf
and on behalf of all other persons similarly situated,

Plaintiff,

versus

ALABAMA ASSOCIATION OF SCHOOL BOARDS,
SANDRA SIMS-DEGRAFFENREID, in her official
capacity as Executive Director of the Alabama
Association of School Board, ED RICHARDSON, Dr.
in his official capacity as Alabama State Superintendent, et al.

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

**(March 28, 2003)**

Before DUBINA and FAY, Circuit Judges, and DOWD*, District Judge.

PER CURIAM:

This is an appeal from a judgment entered in favor of the defendants after a bench trial wherein appellant Dr. Edward L. Hall alleged race discrimination. After reviewing the record, and having the benefit of oral argument, we affirm the district court's judgment based on its well-reasoned memorandum opinion filed on December 27, 2001, and attached hereto as an appendix.

**AFFIRMED.**

_____
*Honorable David D. Dowd, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.

2